IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| UNITED STATES OF AMERICA | ) | CR. NO. 1:06-611 |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. § 2113(a) |
| | ) | |
| JOHN HENRY STROMAN | ) | |
| | ) | INDICTMENT |

## COUNT 1

**THE GRAND JURY CHARGES:**

On or about December 19, 2001, in the District of South Carolina, the defendant, **JOHN HENRY STROMAN**, by force and violence and by intimidation, did take from the person and presence of employees of the Enterprise Bank, 125 Festival Trail, Salley, South Carolina, United States currency, belonging to and in the care, custody, control, management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

All in violation of Title 18, United States Code, Section 2113(a).

A ___TRUE___ BILL
/s/ Foreperson
FOREPERSON

s/ Reginald I. Lloyd
REGINALD I. LLOYD
UNITED STATES ATTORNEY

## POSSIBLE PENALTIES

**18 U.S.C. § 2113(a)** - a maximum term of imprisonment of twenty (20) years, a fine of $250,000, and a term of supervised release of three (3) to five (5) years, plus a special assessment of $100.00.