# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# AIKEN DIVISION

UNITED STATES OF AMERICA

vs.                                         CASE NO. 1:06-611

JOHN HENRY STROMAN

## PLEA

The Defendant, John Henry Stroman, acknowledges receipt of a copy of the Indictment and after arraignment pleads **Not guilty** in open court.

_____
(Signed)   Defendant

Columbia, South Carolina
Date **July 21, 2006**