UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO.: 1:06-611 (MBS) |
| | ) |
| vs. | ) NOTICE OF MOTION & MOTION |
| | ) |
| John Henry Stroman, | ) |
| | ) |
| Defendant. | ) |

TO:  C. TODD HAGINS, ASSISTANT U.S. ATTORNEY:

PLEASE TAKE NOTICE that the Defendant, John Henry Stroman, will move before the Court, allowing Defendant to be given a copy of the complete discovery and to maintain this discovery himself.

Said motion based upon the fact that Defendant strongly feels that he is entitled to have a copy of the discovery so that he may assist in formulating his defense. Without a copy, he does not have appropriate access, and, therefore, is being denied the right to a fair trial.

Said motion further to be based upon the applicable case law and further evidence to be submitted.

Respectfully submitted,

s/Kenneth M. Mathews
Kenneth M. Mathews
P.O. Box 7335
Columbia, SC 29202
(803) 252-1242
Federal I.D. No.: 3330

Columbia, SC
September 25, 2006