IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NUMBER: 1:06-611 |
| ) | 18 U.S.C. § 924(c)(1)(A)(ii) |
| ) | 18 U.S.C. § 1071 |
| v. ) | 18 U.S.C. § 2113(a) |
| ) | 18 U.S.C. § 2113(d) |
| ) | |
| JOHN HENRY STROMAN ) | |
| DEBRA ANDERSON FORD ) | SUPERSEDING INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

On or about December 19, 2001, in the District of South Carolina, the defendant, **JOHN HENRY STROMAN**, by force and violence and by intimidation, did take from the person and presence of employees of the Enterprise Bank, 125 Festival Trail, Salley, South Carolina, United States currency, belonging to and in the care, custody, control, management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation; and in committing said offense, **JOHN HENRY STROMAN**, did assault and did put in jeopardy the lives of said employees by means and use of a dangerous weapon;

All in violation of Title 18, United States Code, Section 2113(a) and (d).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about December 19, 2001, in the District of South Carolina, the defendant, **JOHN HENRY STROMAN**, knowingly used and carried a firearm during and in relation to, and did possess a firearm in furtherance of, a crime of violence, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

On or about July 20, 2006, in the District of South Carolina, the Defendant, **DEBRA ANDERSON FORD**, harbored and concealed **JOHN HENRY STROMAN**, a person for whose arrest a warrant had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of **JOHN HENRY STROMAN**, after notice and knowledge of the fact that a warrant had been issued for the apprehension of **JOHN HENRY STROMAN**;

In violation of Title 18, United States Code, Section 1071.

A _____True_____ BILL

\_\_\_\_s/ Foreperson\_\_\_\_
FOREPERSON

s/ Reginald I. Lloyd
REGINALD I. LLOYD    (CTH)
UNITED STATES ATTORNEY

## POSSIBLE PENALTIES

### COUNT 1 – 18 U.S.C. § 2113(a), § 2113(d)

**18 U.S.C. § 2113(a)** – a maximum term of imprisonment of twenty (20) years, a fine of $250,000, and a maximum term of supervised release of five (5) years, plus a special assessment of $100.00.

**18 U.S.C. § 2113(d)** – a maximum term of imprisonment of twenty-five (25) years, a fine of $250,000, and a maximum term of supervised release of five (5) years, plus a special assessment of $100.00.

### COUNT 2 – 18 U.S.C. § 924(c)(1)(A)(ii)

a mandatory minimum term of imprisonment of seven (7) years to be served consecutive to any other sentence of imprisonment, a fine of $250,000, and a maximum term of supervised release of seven (7) years, plus a special assessment of $100.00.

### COUNT 3 – 18 U.S.C. § 1071

a maximum term of imprisonment of five (5) years, a fine of $250,000, a maximum term of supervised release of three (3) years, plus a special assessment of $100.00