UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:06-611 (MBS) |
| | ) |
| vs. | ) **MOTION TO SUPPRESS** |
| | ) |
| John Henry Stroman, | ) |
| | ) |
| Defendant. | ) |

NOW COMES the defendant, by and through his undersigned counsel, who moves to suppress any evidence concerning DNA in that the Defendant is advised that he is unable to have his own independent testing done. Defendant is advised that there is not sufficient DNA to test, therefore, Defendant would be prejudice by any mention of the DNA evidence without the ability to have his own testing. Defendant moves that DNA evidence be suppressed.

Said motion to further be based upon showing to be made at the motion hearing and such evidence as may be presented at the time of the hearing and applicable case law.

Respectfully submitted,

s/ Kenneth M. Mathews
P.O. Box 7335
Columbia, SC 29202
(803) 252-1242
Federal I.D. No.: 3330

Columbia, SC
January 24, 2007