UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:06-611 (MBS) |
| | ) |
| vs. | ) **MOTION TO SUPPRESS** |
| | ) **DNA EVIDENCE** |
| John Henry Stroman, | ) |
| | ) |
| Defendant. | ) |

NOW COMES the defendant, by and through his undersigned counsel, who moves to suppress any and all DNA evidence in that it has been represented to the defendant and to the court that the DNA sample that was taken was destroyed during customs procedure. After the previous pre-trial, it was brought to defendant's attention through counsel that perhaps the sample did exist and that the FBI had use and possession of the sample. Defendant is informed and believes the evidence should be excluded in that he has not had adequate opportunity to have the evidence tested or was mislead concerning the whereabouts of said evidence.

The defendant further objects to any mention of DNA evidence taken from other persons in that it is not relevant to the case in chief. Specifically, defendant objects to DNA testing as to Roger Stroman. If the court allowed this, it would merely be for exclusion and defendant asserts that the guilt or innocence of the defendant is the issue unless all other persons in the universe are tested and excluded.

Respectfully submitted,

s/ Kenneth M. Mathews
P.O. Box 7335
Columbia, SC 29202
(803) 252-1242
Federal I.D. No.: 3330

Columbia, SC
April 23, 2007