UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:06-611 (MBS) |
| vs. | ) **MOTION TO SUPPRESS** |
| | ) **VIDEO EVIDENCE** |
| John Henry Stroman, | ) |
| Defendant. | ) |

NOW COMES the defendant, by and through his undersigned counsel, who moves to suppress any and all video presentation and video expert in that the evidence is not relevant and once again excludes Roger Stroman and can not exclude the Defendant.

Said motion to be based upon the fact that the evidence to be presented is not relevant and does not make a fact more probable or less probable than it would be without the evidence, pursuant to Rule 401 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

s/ Kenneth M. Mathews
P.O. Box 7335
Columbia, SC 29202
(803) 252-1242
Federal I.D. No.: 3330

Columbia, SC
April 23, 2007